NULL, Appellant, v. WARREN, Respondent.

(251 N. W. 809.)

(File No. 7566. Opinion filed December 19, 1933.)

*Max Royhl,* of Huron, for Appellant.

*Longstaff & Gardner,* of Huron, for Respondent.

PER CURIAM. A careful consideration of the briefs herein failing to convince us of the existence of any prejudicial error in the record, the judgment and order appealed from are affirmed.

All the Judges concur.